IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larry Douglas Piper,<br><br>    Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>    Respondents. | No. CV 06-2896-PHX-EHC<br><br>**ORDER** |

On December 1, 2006, Petitioner filed a Petition for Writ of Habeas Corpus arguing that his grant of parole had been improperly nullified. (Dkt. 1). Respondents filed a Response on March 8, 2007, arguing, among other things, that Petitioner's Petition was moot because he had been released on parole. (Dkt. 12). Petitioner filed a Reply on April 3, 2007. (Dkt. 15). On April 18, 2007, Magistrate Judge David K. Duncan issued a Report and Recommendation recommending that Petitioner's Petition be denied as moot. (Dkt. 11). No objections were filed. A district court judge reviews a Report and Recommendation of a magistrate judge *de novo*. *See* 28 U.S.C. § 636(b)(1)(C). The Court, having reviewed the record *de novo,* adopts in full the Report and Recommendation of Magistrate Judge Duncan and incorporates the same as a part of this Order.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation of Magistrate Judge Duncan is adopted in full.

1   **IT IS FURTHER ORDERED** that the Petitioner's Petition for Writ of Habeas
2   Corpus is **DENIED**. (Dkt. 1).
3   DATED this 24th day of May, 2007.

_____
Earl H. Carroll
United States District Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28